IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In RE: | : | |
| | : | |
| **NAKEYSHA FLONNORY** | : | Case No. 22-10563 (BLS) |
| | : | Chapter 13 |
| Debtor | : | |

*AMENDED*
ORDER FOR PAYROLL DEDUCTION

HAVING CONSIDERED the Debtor's Application for an Order directing:

Milton and Hattie Kutz Home, Inc.
Attn: Payroll Department/Human Resources
704 River Road
Wilmington, DE 19809

to make payroll deduction of three hundred sixty-five dollars ($365.00) **per month** to fund the Debtor's Chapter 13 Plan, and it appearing that such relief is appropriate and would not prejudice any creditor or concerned party, it is hereby

**ORDERED** that:

Milton and Hattie Kutz Home, Inc. will deduct the sum of one hundred sixty-eight dollars and forty-six cents ($168.46) every pay period (**if paid bi-weekly**) from the wages of Nakeysha Flonnory Social Security Number xxx-xx-4966 and remit the amount deducted to:

William F. Jaworski, Jr., Esquire Chapter 13 Trustee
PO Box 660
Memphis, TN 38101-0660
Account Number 22-10563 BLS

until further Order of this Court.

**Dated: August 16th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**